# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| HALLIE SHORT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-CV-88 NAB |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the undersigned after review of the file. The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). [Doc. 9.] On December 21, 2015, Plaintiff filed a Complaint seeking judicial review of an administrative decision that denied Plaintiff's application for disability insurance benefits. On February 22, 2016, Defendant filed an Answer to the Complaint and a certified copy of the Administrative Record. [Docs. 13, 14.] Plaintiff filed a Brief in Support of the Complaint on March 23, 2016. [Doc. 15.] Pursuant to this District's Local Rule 9.02, Defendant was required to serve and file a Brief in Support of the Answer within thirty (30) days of Plaintiff's service of the Brief in Support of Complaint. *See* E.D. Mo. L. R. 9.02.

As of the date of this Order, Defendant has not filed a Brief, nor has Defendant filed a Motion for an Extension of Time. Defendant's Brief is now past due. The undersigned therefore orders Defendant to show cause, in writing, the reasons for failure to comply with the Local Rules and the Case Management Order of December 21, 2015.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant shall show cause, in writing, the reasons for failure to comply with the Local Rules and the Case Management Order of December 21, 2015 no later than **May 6, 2016**.

Dated this 26th day of April, 2016.

     /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE